### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert Walter Blaszak Jr. a/k/a Robert W. Blaszak, Jr. a/k/a Robert Walter Blaszak a/k/a Robert Blaszak a/k/a Robert Blaszak, Jr. a/k/a Mr. Sandman Hardwood Floors a/k/a Robert W. Blaszak** | **BK NO. 21-02301 MJC**<br><br>**Chapter 13** |
| **Debtor(s)** | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust and index same on the master mailing list.

    Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
22 Dec 2021, 15:28:42, EST

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322