UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Robert Walter Blaszak, Jr., et al | : | |
|                         Debtor(s) | : | BANKRUPTCY NO. 21-02301-MJC |
| | : | |
| Lendmark Financial Services, LLC | : | Chapter 13 |
|                     Moving Party | : | |
|    vs. | : | |
| | : | |
| Robert Walter Blaszak, Jr., et al | : | |
|                     Respondent(s) | : | |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN PREVIOUSLY FILED BY LENDMARK FINANCIAL SERVICES, LLC**

TO THE CLERK:

      Kindly withdraw the Objection to Confirmation of Plan previously filed by Lendmark Financial Services, LLC. On May 10, 2022, Debtor filed a First Amended Chapter 13 Plan.

      Respectfully submitted,

      /s/ Craig H. Fox, Esquire
      Fox and Fox Attorneys at Law, PC
      By: Craig H. Fox, Esquire
      Attorney I.D. #49509
      700 E. Main Street, Suite 200
      Norristown, PA  19401
      Telephone:  (610) 275-7990
      Facsimile:  (610) 275-2866
      cfox@foxandfoxlaw.com