UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT WALTER BLASZAK, JR. : CHAPTER 13
a/k/a ROBERT W. BLASZAK, JR. a/k/a :
ROBERT WALTER BLASZAK a/k/a :
ROBERT BLASZAK, JR. a/k/a ROBERT :
W. BLASZAK a/k/a ROBERT BLASZAK :
d/b/a MR. SANDMAN HARDWOOD :
FLOORS, INC. :
    Debtor :
 :
 :
 : CASE NO. 5:21-bk-02301-MJC

## BUSINESS EXAMINATION REPORT

The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

1. The Trustee's office has conducted a § 341 Meeting of Creditors and a business examination, which consisted of a review of the Petition, Schedules A-J, Statement of Financial Affairs and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit A, attachments to the Exhibit omitted).

2. The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

3. Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of the Debtor, or to a cause of action available to the estate.

Respectfully submitted this \_\_\_ day of July, 2022.

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Dr., Ste. A
Hummelstown, PA 17036
(717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: | CHAPTER 13
--- | ---
ROBERT WALTER BLASZAK, JR., | CASE NO. 5:21-02301
a/k/a ROBERT W. BLASZAK, JR. |
a/k/a ROBERT WALTER BLASZAK, |
a/k/a ROBERT BLASZAK, JR., |
a/k/a ROBERT W. BLASZAK, |
a/k/a ROBERT BLASZAK, |
d/b/a MR. SANDMAN HARDWOOD FLOORS, |
INC., |
Debtor |

I, **ROBERT WALTER BLASZAK, JR.**, being of full age and duly sworn upon my oath depose and say:

1. The principal business activity in which I am engaged is **flooring contractor.**

2. The name under which I conduct my business is **Mr. Sandman Hardwood Floors.**.

3. My principal business location is **210 Rhapsody Run, East Stroudsburg, PA 18301**.

4. I have **0** employees and have filed quarterly tax returns through the quarter ending **N/A**.

5. I have filed the federal income tax returns through the year ending December 31, **xxxx** with the Internal Revenue Service. Copies of the federal income tax returns along with supporting schedules for the last two years are attached. **Debtor's tax return filing are in arrears. He anticipates being able to provide them by 2/15/2022.**

6. I have filed the state income tax returns with the Commonwealth of Pennsylvania through the year ending December 31, **xxxx**. Copies of the state income tax returns along with the supporting schedules for the last two years are attached. **Debtor's tax return filing are in arrears. He anticipates being able to provide them by 2/15/2022.**

7. I have reviewed and completed the attached form regarding insurance coverage and certify that the information is true and correct. I have attached copies of the insurance policies as proof of coverage.

8. I am not required to have a license to do business. **N/A.**

9. My principal business records are located at **210 Rhapsody Run, East Stroudsburg, PA 18301**. The records are available for inspection by the Trustee or his designated representative.

10. My principal business banking relationship is with **Bank of America.** Copies of my bank statements for the six months preceding bankruptcy are attached.

11. Copies of the financial statements furnished to a third party within two years preceding the filing of the petition including but not limited to balance sheet, income statement and cash flow statement are attached. **N/A**

12. Monthly profit and loss statements for the six months preceding the filing of bankruptcy are attached. **Attached**.

13. Current schedule of accounts receivable and accounts payable are attached. **N/A**

14. I have prepared the attached financial statement indicating the results of my first full calendar month of business operation following the filing of this case. **Attached**.

15. The name and address of my accountant, bookkeeper or tax preparer is **Steven Garvey, 2838 Route 611, Tannersville, PA 18372**.

This Certification and all attachments are provided to the Standing Chapter Trustee in accordance with Section 1302(c) of the United States Bankruptcy Code.

Date: January 4, 2022

/s/ Robert Walter Blaszak, Jr.
Robert Walter Blaszak, Jr., Debtor