# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ROBERT WALTER BLASZAK, JR.,<br>a/k/a ROBERT W. BLASZAK, JR.<br>a/k/a ROBERT WALTER BLASZAK,<br>a/k/a ROBERT BLASZAK, JR.,<br>a/k/a ROBERT W. BLASZAK,<br>a/k/a ROBERT BLASZAK,<br>d/b/a MR. SANDMAN HARDWOOD FLOORS,<br>INC., | CASE NO. 5:21-02301 |
| Debtor | |

I, **ROBERT WALTER BLASZAK, JR.**, being of full age and duly sworn upon my oath depose and say:

1. The principal business activity in which I am engaged is **flooring contractor.**

2. The name under which I conduct my business is **Mr. Sandman Hardwood Floors.**.

3. My principal business location is **210 Rhapsody Run, East Stroudsburg, PA 18301**.

4. I have **0** employees and have filed quarterly tax returns through the quarter ending **N/A** .

5. I have filed the federal income tax returns through the year ending December 31, **2021** with the Internal Revenue Service. Copies of the federal income tax returns along with supporting schedules for the last two years are attached.

6. I have filed the state income tax returns with the Commonwealth of Pennsylvania through the year ending December 31, **2021**. Copies of the state income tax returns along with the supporting schedules for the last two years are attached.

7. I have reviewed and completed the attached form regarding insurance coverage and certify that the information is true and correct. I have attached copies of the insurance policies as proof of coverage.

8. I am not required to have a license to do business. **N/A.**

9.  My principal business records are located at **210 Rhapsody Run, East Stroudsburg, PA 18301**.  The records are available for inspection by the Trustee or his designated representative.

10. My principal business banking relationship is with **Bank of America.** Copies of my bank statements for the six months preceding bankruptcy are attached.

11. Copies of the financial statements furnished to a third party within two years preceding the filing of the petition including but not limited to balance sheet, income statement and cash flow statement are attached.  **N/A**

12. Monthly profit and loss statements for the six months preceding the filing of bankruptcy are attached.  **Attached**.

13. Current schedule of accounts receivable and accounts payable are attached.  **N/A**

14. I have prepared the attached financial statement indicating the results of my first full calendar month of business operation following the filing of this case.  **Attached**.

15. The name and address of my accountant, bookkeeper or tax preparer is **Steven Garvey, 2838 Route 611, Tannersville, PA 18372**.


    This Certification and all attachments are provided to the Standing Chapter Trustee in accordance with Section 1302(c) of the United States Bankruptcy Code.


Date: July 12, 2022                    /s/ Robert Walter Blaszak, Jr.

                                          Robert Walter Blaszak, Jr., Debtor

# BUSINESS RECORDS CHECK LIST

1. A copy of federal and state income tax returns for the preceding two fiscal years. **Debtor expects to provide them to the trustee by 2/15/2022.**

2. A copy of all insurance policies identified on Insurance Exhibit. **Attached**

3. A copy of any business license/permits. **N/A**

4. A copy of Internal Revenue Form 941, Employer's Quarterly Payroll Tax Withholding for preceding fiscal year. **N/A**

5. A copy of business monthly profit and loss statements for the six months preceding the filing of bankruptcy. **Attached**.

6. Copies of bank statements for all business accounts for six months preceding filing of bankruptcy. **Attached**.

7. Current schedule of accounts receivable and accounts payable. **N/A**

8. Copies of financial statements furnished to a third party within two years preceding the filing of the petition including but not limited to the balance sheet, income statement and cash flow statement. **N/A**.

9. Profit and loss statement for the first full calendar month of business operation following the filing of the case. **Attached**.

# INSURANCE COVERAGE

**Please check if you carry any of the following types of insurance.**

|  |  | Date Effective To | Amount |
|---|---|---|---|
| **N/A** | Workers Compensation Insurance | | |
| **X** | General Liability | 9/10/2022 | $300k/100k |
| **N/A** | Liquor Liability | | |
| **N/A** | Fire/Extensive Coverage | | |
| **N/A** | Property Insurance | | |
| **N/A** | Theft Insurance | | |
| **N/A** | Vehicle Insurance | | |
| **N/A** | Other (state types of insurance): | | |

_____

_____

_____

_____

**Robert Blaszak**
**Self-Employment Income**
**01/01/2021 – 11/30/2021**

|  | Business Income | Business Expenses |
|---|---|---|
| 01/02/21 – 9/30/21 | $96,149.49 | $41,305.82 |
| 10/01/21 – 10/31/21 | $13,497.00 | $ 4,673.00 |
| 11/01/2021 – 11/30/21 | $ 4,144.00 | $ 1,343.00 |

**Average Monthly Business Income:** $10,344.59

**Average Monthly Expenses:** $ 7,886.97

**Average Monthly Net Income:** $ 2,457.62