UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROBERT WALTER BLASZAK, JR.
ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.     CHAPTER 13
BLASZAK
MR. SANDMAN HARDWOOD
FLOORS

    Debtor(s)     CASE NO: 5-21-02301-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
vs.
ROBERT WALTER BLASZAK, JR.
ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.
BLASZAK
MR. SANDMAN HARDWOOD
FLOORS

    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on October 18, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: October 18, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/   Agatha R. McHale, Esquire
　　　　　　　　　　　　　　　　　　　　　　ID:  47613
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re: ROBERT WALTER BLASZAK, JR.
ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.
BLASZAK
MR. SANDMAN HARDWOOD
FLOORS

CHAPTER 13

Debtor(s)  CASE NO: 5-21-02301-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
  Movant
vs.
ROBERT WALTER BLASZAK, JR.
ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.
BLASZAK
MR. SANDMAN HARDWOOD
FLOORS

  Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to yourChapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

November 16, 2023 at 10:00 AM
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA 18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1,500.00**
   **AMOUNT DUE FOR THIS MONTH:  $500.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE:  $2,000.00**

   **NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail** mail to**:**
       **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.


Dated:	October 18, 2023	Respectfully submitted,

/s/  Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROBERT WALTER BLASZAK, JR.
ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.
BLASZAK
MR. SANDMAN HARDWOOD
FLOORS

CHAPTER 13

      Debtor(s)      CASE NO: 5-21-02301-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant
vs.
ROBERT WALTER BLASZAK, JR.
ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.
BLASZAK
MR. SANDMAN HARDWOOD
FLOORS

      Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 18, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG PA  18360-0511

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

ROBERT WALTER BLASZAK, JR.
210 RHAPSODY RUN
EAST STROUDSBURG  PA  18301

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date:  October 18, 2023 | /s/  Matt Arcuri<br>Office of the Standing Chapter 13 Trustee<br>Jack N. Zaharopoulos<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA  17036<br>Phone:  (717) 566-6097<br>email: info@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT WALTER BLASZAK, JR.
AKA: ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.
BLASZAK
DBA: MR. SANDMAN HARDWOOD
FLOORS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant    CASE NO: 5-21-02301-MJC

vs.

ROBERT WALTER BLASZAK, JR.
AKA: ROBERT W. BLASZAK, JR.,
ROBERT WALTER BLASZAK,
ROBERT BLASAK, ROBERT
BLASZAK, JR., ROBERT W.
BLASZAK
DBA: MR. SANDMAN HARDWOOD
FLOORS

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.