UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                               CASE NO.: 5:21-bk-02301-MJC
                                                                                          CHAPTER 13

Robert Walter Blaszak, Jr.,
Debtor.
_____ /

## PRAECIPE TO WITHDRAW CREDITOR'S CERTIFICATION OF DEFAULT

     **PLEASE TAKE NOTICE THAT**, on behalf of Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Creditor's Certificate of Default (Doc.: DOC 70), filed on May 7, 2025.**

                                                    By: /s/ Michelle L. McGowan
                                                           Michelle L. McGowan, Esq.
                                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                           PA I.D 62414
                                                           13010 Morris Rd, Suite 450
                                                           Alpharetta, GA 30004
                                                           Telephone: 470-321-7113
                                                           Email: mimcgowan@raslg.com
                                                           Attorney for Movant

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Debtor**
Robert Walter Blaszak, Jr.
210 Rhapsody Run
East Stroudsburg, PA 18301

**Debtors Attorney**
Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

**Trustee**
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**U.S. Trustee**
United States Trustee
Office of United States Trustee
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Michelle L. McGowan
    Michelle L. McGowan, Esq.