United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                                Case No. 21-02301-MJC
Robert Walter Blaszak, Jr.                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                Page 1 of 2
Date Rcvd: May 20, 2025                       Form ID: pdf010                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

**Recip ID**           **Recipient Name and Address**
+     Allison Wolf, 210 Rhapsody Run, East Stroudsburg, PA 18301-8076

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025                              Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

**Name**                         **Email Address**

Craig H. Fox
                    on behalf of Creditor Lendmark Financial Services LLC Bankruptcy@Foxandfoxlaw.com,
                    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

Denise E. Carlon
                    on behalf of Creditor Wilmington Savings Fund Society FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                    ecf_pahu_alt@trustee13.com

Michelle McGowan
                    on behalf of Creditor Wilmington Savings Fund Society FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust mimcgowan@raslg.com

Robert Shearer
　　　on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage
　　　Aggregation Trust rshearer@raslg.com

Robert J Kidwell, III
　　　on behalf of Debtor 1 Robert Walter Blaszak  Jr. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
　　　ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
　　　on behalf of Debtor 1 Robert Walter Blaszak  Jr.
　　　lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
　　　com;swiggins@newmanwilliams.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Robert Walter Blaszak, Jr.,<br>aka Robert W. Blaszak, Jr.,<br>aka Robert Walter Blaszak,<br>aka Robert Blaszak,<br>aka Robert Blaszak, Jr.,<br>dba Mr. Sandman Hardwood Floors,<br>aka Robert W. Blaszak,<br><br>Debtor 1 | Chapter: 13<br><br><br>Case No.: 5:21-bk-02301-MJC |
| Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust<br>Movant(s)<br><br>vs.<br><br>Robert Walter Blaszak, Jr.,<br>Allison Wolf,<br>and<br>Jack N. Zaharopoulos, Trustee<br><br>Respondent(s) | Document No.: 70<br><br>Nature of<br>Proceeding: Certificate of Default |

## ORDER APPROVING WITHDRAWAL

IT APPEARING that notice of this withdrawal has been given and no answer or objection having been filed regarding this matter, **IT IS HEREBY ORDERED** that the Withdrawal filed May 14, 2025 regarding the Certificate of Default, Dkt. # 72, is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 20, 2025