United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02301-MJC |
| Robert Walter Blaszak, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Sep 05, 2025  Form ID: ordsmiss  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Walter Blaszak, Jr., 210 Rhapsody Run, East Stroudsburg, PA 18301-8076 |
| 5442682 | | JD BYRIDER, 110 N COURTLAND STREET, EAST STROUDSBURG, PA 18301-2104 |
| 5442683 | | LENDMARK FINANCIAL SERVICES, PO BOX 412476, BOSTON, MA 02241-2476 |
| 5448877 | | Lendmark Financial Services, LLC, Fox and Fox Attorneys at Law, P.C>, c/o Craig H. Fox, Esquire, 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 5442685 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 5453899 | | Wilmington Savings Fund Society, FSB not individua, PO Box 814609, Dallas, TX 75381-4609 |
| 5645516 | | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 05 2025 18:49:00 | WILMINGTON SAVINGS FUND SOCIETY, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5442681 | | Email/Text: ECF@fayservicing.com | Sep 05 2025 18:49:00 | FAY SERVICING, PO BOX 809441, CHICAGO, IL 60680-9441 |
| 5442680 | | EDI: IRS.COM | Sep 05 2025 22:48:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, OGDEN, UT 84201-0002 |
| 5452877 | | EDI: JEFFERSONCAP.COM | Sep 05 2025 22:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5444063 | | Email/Text: bk@lendmarkfinancial.com | Sep 05 2025 18:49:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 5442684 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2025 18:49:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5443858 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 05 2025 18:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5447548 | + | Email/Text: BankruptcyECFMail@mccalla.com | Sep 05 2025 18:49:00 | NYMT Loan Trust I, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5739153 | + | Email/Text: bkteam@selenefinance.com | Sep 05 2025 18:49:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5739154 | + | Email/Text: bkteam@selenefinance.com | Sep 05 2025 18:49:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. BANK TRUST NATIONAL ASSOCIATION 75019-6295 |
| 5595992 | + | Email/Text: RASEBN@raslg.com | Sep 05 2025 18:49:00 | Wilmington Savings Fund Society, Robertson, |

                                        Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Lendmark Financial Services, LLC, Fox and Fox Attorneys at Law, P.C>, c/o Craig H. Fox, Esquire, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| cr | *+ | NYMT Loan Trust I, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5443859 | *+ | MIDLAND CREDIT MANAGEMENT, INC., PO BOX 2037, WARREN, MI 48090-2037 |
| 5726884 | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

**Name**      **Email Address**

Craig H. Fox
    on behalf of Creditor Lendmark Financial Services  LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

Denise E. Carlon
    on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Jordan Matthew Katz
    on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust jkatz@raslg.com

Michelle McGowan
    on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust mimcgowan@raslg.com

Robert Shearer
    on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust rshearer@raslg.com

Robert Shearer

on behalf of Creditor Wilmington Savings Fund Society rshearer@raslg.com

Robert J Kidwell, III
on behalf of Debtor 1 Robert Walter Blaszak Jr. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 Robert Walter Blaszak Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Robert Walter Blaszak Jr., | Chapter | 13 |
| aka Robert Walter Blaszak, aka Robert W. Blaszak Jr., aka Robert Blaszak, aka Robert W. Blaszak, aka Robert Blaszak Jr., dba Mr. Sandman Hardwood Floors, | Case No. | 5:21−bk−02301−MJC |

**Debtor 1**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: September 5, 2025

ordsmiss (05/18)