UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 5-21-02301-MJC |
| | : | |
| ROBERT WALTER BLASZAK, JR. | : | CHAPTER 13 |
| a/k/a ROBERT W. BLASZAK, JR., | : | |
| a/k/a ROBERT WALTER BLASZAK, | : | |
| a/k/a ROBERT BLASAK, | : | |
| a/k/a ROBERT BLASZAK, JR., | : | |
| a/k/a ROBERT W. BLASZAK | : | |
| d/b/a MR. SANDMAN HARDWOOD FLOORS | : | |
| Debtor | : | |

| | | |
|---|---|---|
| **ROBERT WALTER BLASZAK, JR.** | : | **RESPONSE MOTION TO** |
| **a/k/a ROBERT W. BLASZAK, JR.,** | : | **RECONSIDER ORDER** |
| **a/k/a ROBERT WALTER BLASZAK,** | : | |
| **a/k/a ROBERT BLASAK,** | : | |
| **a/k/a ROBERT BLASZAK, JR.,** | : | |
| **a/k/a ROBERT W. BLASZAK** | : | |
| **d/b/a MR. SANDMAN HARDWOOD FLOORS** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **U.S. Bank Trust National Association Not In** | : | |
| **Its Individual Capacity But Solely As Owner** | : | |
| **Trustee For Rcf 2 Acquisition Trust** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondent(s)** | : | |

### RESPONSE TO MOTION TO MOTION TO RECONSIDER
### SEPTEMBER 5, 2025 ORDER DISMISSING THE CHAPTER 13 BANKRUPTCY CASE

**COMES NOW**, U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For Rcf 2 Acquisition Trust ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Debtor's Motion to Vacate Dismissal, and, in support thereof, states the following.

1. Movant holds a mortgage on the Debtor's property located at 210 Rhapsody Run, East Stroudsburg, PA 18301.

2. On October 26, 2021, Debtor filed a Voluntary Petition for Bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code.

3. An order dismissing the case for failure to make payments was entered on September 5, 2025.

4. Debtor filed a motion to vacate the order dismissing his case on September 18, 2025.

5. Debtor's mortgage is due for November 1, 2020, in the approximate amount of $105,001.40.

6. If the case is reinstated over Movant's objection, Movant requests a provision in the Order requiring Debtor to bring the account current and a provision that the stay shall be vacated without further hearing if Debtor fails to bring the account current.

7. Secured Creditor reserves the right to amend and or supplement this response.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order denying debtor's motion to vacate dismissal.

Dated /s/ October 9, 2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: (470) 321-7112
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 5-21-02301-MJC |
| | : | |
| ROBERT WALTER BLASZAK, JR. | : | CHAPTER 13 |
| a/k/a ROBERT W. BLASZAK, JR., | : | |
| a/k/a ROBERT WALTER BLASZAK, | : | |
| a/k/a ROBERT BLASAK, | : | |
| a/k/a ROBERT BLASZAK, JR., | : | |
| a/k/a ROBERT W. BLASZAK | : | |
| d/b/a MR. SANDMAN HARDWOOD FLOORS | : | |
| Debtor | : | |
| | | |
| **ROBERT WALTER BLASZAK, JR.** | : | **RESPONSE MOTION TO** |
| a/k/a ROBERT W. BLASZAK, JR., | : | **RECONSIDER ORDER** |
| a/k/a ROBERT WALTER BLASZAK, | : | |
| a/k/a ROBERT BLASAK, | : | |
| a/k/a ROBERT BLASZAK, JR., | : | |
| a/k/a ROBERT W. BLASZAK | : | |
| d/b/a MR. SANDMAN HARDWOOD FLOORS | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **U.S. Bank Trust National Association Not In** | : | |
| **Its Individual Capacity But Solely As Owner** | : | |
| **Trustee For Rcf 2 Acquisition Trust** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondent(s)** | : | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>October 9, 2025</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert Walter Blaszak, Jr.
210 Rhapsody Run
East Stroudsburg, PA 18301

Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

Jack N Zaharopoulos

Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: (470) 321-7112
By: /s/ Robert Shearer
Robert Shearer , Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com