IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 5-21-02301-MJC |
| | : | |
| ROBERT WALTER BLASZAK, JR. | : | CHAPTER 13 |
| a/k/a ROBERT W. BLASZAK, JR., | : | |
| a/k/a ROBERT WALTER BLASZAK, | : | |
| a/k/a ROBERT BLASAK, | : | |
| a/k/a ROBERT BLASZAK, JR., | : | |
| a/k/a ROBERT W. BLASZAK | : | |
| d/b/a MR. SANDMAN HARDWOOD FLOORS | : | |
| Debtor | : | |

**AMENDED PRAECIPE TO WITHDRAW MOTION TO RECONSIDER**

TO THE CLERK:

Kindly withdraw the Motion to Reconsider the September 5, 2025 Dismissal Order, Docket #82, filed on September 18, 2025. Robert Shearer, Attorney for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for RCF 2 Acquisition Trust, who filed an objection to the Motion to Reconsider, concurs with this withdrawal.

Dated: October 15, 2025  **NEWMAN WILLIAMS, P.C.**

                                        By: /s/ Robert J. Kidwell
                                            Robert J. Kidwell, Esquire
                                            Attorneys for Debtor
                                            712 Monroe Street
                                            Stroudsburg, PA 18360
                                            (570) 421-9090; fax (570) 424-9739
                                            rkidwell@newmanwilliams.com