IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 5-21-02301-MJC |
| | : | |
| ROBERT WALTER BLASZAK, JR. | : | CHAPTER 13 |
| a/k/a ROBERT W. BLASZAK, JR., | : | |
| a/k/a ROBERT WALTER BLASZAK, | : | |
| a/k/a ROBERT BLASAK, | : | |
| a/k/a ROBERT BLASZAK, JR., | : | |
| a/k/a ROBERT W. BLASZAK | : | |
| d/b/a MR. SANDMAN HARDWOOD FLOORS | : | |
| Debtor | : | |

## CERTIFICATE OF CONCURRENCE

I hereby certify that on October 15, 2025, my office contacted the Chapter 13 Trustee's Office to obtain concurrence with the herein Withdrawal of the Motion to Reconsider the September 5, 2025 Order Dismissing the Case. The Trustee's Office provided its concurrence with the withdrawal.

Dated: October 15, 2025        **NEWMAN WILLIAMS, P.C.**

                By: /s/ Robert J. Kidwell
                    Robert J. Kidwell, Esquire
                    Attorneys for Debtor
                    712 Monroe Street
                    Stroudsburg, PA 18360
                    (570) 421-9090; fax (570) 424-9739
                    rkidwell@newmanwilliams.com