IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ROBERT WALTER BLASZAK, JR., <br> a/k/a ROBERT W. BLASZAK, JR. <br> a/k/a ROBERT WALTER BLASZAK, <br> a/k/a ROBERT BLASZAK, JR., <br> a/k/a ROBERT W. BLASZAK, <br> a/k/a ROBERT BLASZAK, <br> d/b/a MR. SANDMAN HARDWOOD FLOORS, INC., | CASE NO. 5:21-02301 |
| Debtor | |

## CERTIFICATE OF NO OBJECTION: <br> APPLICATION FOR COMPENSATION (Doc. #90)

The undersigned Attorneys for Debtor, Robert Walter Blaszak, Jr., in the above-captioned matter, hereby certify that an **Application for Compensation** was filed October 22, 2025, and that the Motion and related **Notice of Motion and Response Deadline** was properly served on the all creditors and parties in interest on October 22, 2025, which set an November 12, 2025 response deadline. The undersigned further certifies that no response to the **Application for Compensation** has been filed. Debtor, Robert Walter Blaszak, Jr., is therefore entitled to have an Order issued granting the **Application for Compensation**.

/s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com